# EXHIBIT 1



## Service of Process Transmittal
03/28/2017
CT Log Number 530947081

**TO:** Sharon Stephens
The Clayton Companies
5000 Clayton Rd
Maryville, TN 37804-5550

**RE:** **Process Served in Alabama**

**FOR:** CMH HOMES, INC. (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | John Foster and Crystal Foster, Pltfs. vs. CMH HOMES, INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Cove Sheet, Complaint |
| **COURT/AGENCY:** | Calhoun County Circuit Court, AL<br>Case # 11CV201790015800 |
| **NATURE OF ACTION:** | Property Damage Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/28/2017 at 13:53 |
| **JURISDICTION SERVED:** | Alabama |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | James M. Sims<br>Attorney At Law<br>PO Box 1123<br>Anniston, AL 36202<br>256-240-9595 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0139110747<br><br>Image SOP<br><br>Email Notification, Todd Fulks  todd.fulks@claytonhomes.com<br><br>Email Notification, Melanie Jones  Melanie.jones@claytonhomes.com<br><br>Email Notification, Sharon Stephens  sharon.stephens@claytonhomes.com<br><br>Email Notification, Bryan Powell  bryan.powell@claytonhomes.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of 1 / BR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>11-CV-2017-900158.00 |
|---|---|---|

IN THE CIRCUIT COURT OF CALHOUN COUNTY
JOHN FOSTER ET AL V. CMH HOMES INC

**NOTICE TO** CMH HOMES INC, C/O CT CORPORATION SYSTEM 2 NORTH JACKSON ST #605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JAMES MARVIN SIMS

WHOSE ADDRESS IS 1302 NOBLE STREET SUITE 3B, ANNISTON, AL 36201

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

Date 3/21/2017 6:45:46 PM     /s/ KIM MCCARSON

Clerk/Register
25 WEST 11TH STREET
ANNISTON, AL 36201

☐ Certified Mail is hereby requested

_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____ (Date)

Date _____   Server's Signature _____   Address of Server _____

Type of Server _____   Server's Printed Name _____

Phone Number of Server _____

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93 Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 11<br>Date of Filing: 03/21/2017 | ELECTRONICALLY FILED<br>3/21/2017 6:45 PM<br>11-CV-2017-900158.00<br>CIRCUIT COURT OF<br>CALHOUN COUNTY, ALABAMA<br>KIM MCCARSON, CLERK<br>Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA
JOHN FOSTER ET AL v. CMH HOMES INC

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☑ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** SIM065

Date: 3/21/2017 6:45:38 PM

/s/ JAMES MARVIN SIMS
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED



ELECTRONICALLY FILED
3/21/2017 6:45 PM
11-CV-2017-900158.00
CIRCUIT COURT OF
CALHOUN COUNTY, ALABAMA
KIM MCCARSON, CLERK

# IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

John Foster and Crystal Foster     *

                                                      CV

         Plaintiffs,                 *

vs.                                                   *

CMH Homes, Inc. and the following fictitious parties, A, being those persons, firms, corporations, partnerships, or entity responsible for transporting the subject mobile home from any other location to the Foster's property, and B being those persons, firms, corporations, partnerships, or entities responsible for setting-up the subject mobile home on Plaintiffs' lot; and/or for inspecting the lot before set-up; and C, D, and/or E, who were the additional parties responsible for the acts complained of herein, whose identities are otherwise unknown, but will be added by amendment when ascertained.

         Defendants.

## COMPLAINT

1. The Plaintiff, John Foster, is an adult resident citizen of Calhoun County, Alabama, and has been such at all times material to this lawsuit.

2. The Plaintiff, Crystal Foster, is an adult resident citizen of Calhoun County, Alabama, and has been such at all times material to this lawsuit.

3. The Defendant, CMH Homes, Inc dba Clayton Homes - Anniston, is an Tennessee corporation doing business at all times material to this lawsuit in Calhoun County, Alabama.

4. The Defendants for fictitious party A include the persons, firms, corporations, partnerships, or entity responsible for transporting the subject mobile home to the Foster's property.

5. The Defendants for fictitious party B include the persons, firms, corporations, partnerships, or entities responsible for setting-up the subject mobile home on Plaintiffs' lot, and/or for inspecting the lot before set-up.

6. The Defendants for fictitious parties C, D and E include the persons, firms, corporations, partnerships, or entities responsible for tearing down the Foster's home that existed on the Plaintiffs' lot and preparing the lot for the mobile home purchased by the Plaintiffs' from CMH Homes Inc., whose identities are unknown.

## COUNT ONE

1. On or about March 8, 2015, the Defendants came to the Plaintiffs' location and began the process of tearing down the Plaintiffs' existing structure.

2. The Defendants failed to notify the Plaintiffs that they were coming to do the tear down.

3. The Plaintiffs were not at home and were notified of the tear down by a phone call from a neighbor.

4. The Defendants tore down the home and pushed the debris from the original home location.

5. In the process of moving the debris from the house, the Defendants damaged the existing septic tank cover lid and the field lines of the septic tank. In addition the Defendants pushed debris from the house into the septic tank, including concrete blocks, bricks, rocks and other hard objects.

6. The Defendants replaced the broken septic tank cover lid without revealing to the Plaintiffs that the septic tank was filled with debris.

7. After the purchased home was brought to the site, it was positioned over the septic tank and the sewer lines of the house were attached to the clogged, damaged septic tank.

8. In less than a year, the septic tank started to leak into the Plaintiffs' yard and back up into the Plaintiffs' mobile home.

9. On or about May 4, 2016, the Plaintiffs contacted a septic tank service company to investigate the leaks and backups.

10. The septic tank service company removed the septic tank lids and discovered that the septic tank was filled with rocks, trash and concrete.

11. The Defendants owed a duty to the Plaintiffs to perform the tear down in a workmanlike manner.

12. The Defendants breached that duty by damaging the Plaintiffs' septic tank and filling the functioning septic tank with debris from the tear down.

13. As the proximate result of the Defendants' actions, the Plaintiffs suffered damages to replace the septic tank, emotional distress and mental anguish, damages due to the septic leakage and backup into their house.

14. The Defendants acted in a negligent, reckless or wilful manner to damage the Plaintiffs' home.

**WHEREFORE**, the Plaintiffs seek $100,000.00 each for compensation damages, emotional distress damages and mental anguish damages plus cost in this action.

## COUNT TWO

15. The Plaintiffs entered into an agreement to purchase a mobile home described on the executed sales agreement as a used Chandeleur Serial Number - CH3AL02854AB.

16. The Defendants failed to deliver the Chandeleur unit and substituted a mobile home from an unknown manufacturer. The Defendants have a pattern and practice of unauthorized substitution of mobile homes.

17. The Plaintiffs had never seen the substituted mobile home until it was delivered to their property.

18. The Plaintiffs were not notified of the substituted mobile home delivery until the Plaintiffs saw a mobile home going down a road toward their home.

19. The Plaintiffs never executed a sales contract for the substituted mobile home.

20. The Defendants forged the Plaintiff's signature on the sales contract for the substituted mobile home.

21. Due to the Defendants' fraudulent acts, the Plaintiffs have been paying a monthly contract based upon the signed agreement for a Chandeleur model that was never delivered. The Plaintiffs do not have a signed contract on the substituted mobile home that they currently occupy. The substituted mobile home was of lesser value than the original contracted mobile home.

22. Plaintiffs have suffered emotional distress and mental anguish due to the Defendants' fraudulent acts regarding their home.

**WHEREFORE**, the Plaintiffs seek $100,000.00 each for compensation damages, emotional distress damages and mental anguish damages plus cost in this action.

## COUNT THREE

23. The Plaintiffs adopt paragraphs 1 through 22 as if they were written herein in their entirety.

24. Plaintiffs aver that the Defendants, CMH Homes Inc., C, D, and/or E, represented to Plaintiffs that said mobile home made the subject of this action would be delivered to them free from defects and if there were defects, the said defects would be promptly repaired.

25. In fact, said mobile home was not free from defects, was not fit for its ordinary and particular use, and the defects have not been repaired despite repeated assurances that they would be.

26. The representations above, which were made to Plaintiffs, were, in fact, false and fraudulent. Said representations were made by the Defendants, CMH Homes Inc., C, D, and/or E, to induce the Plaintiffs to purchase said mobile home.

27. Plaintiffs believed the said representations and reasonably relied on them and innocently acted upon them to their detriment by purchasing said mobile home.

**WHEREFORE**, the Plaintiffs seek $100,000.00 each for compensation damages, emotional distress damages and mental anguish damages plus cost in this action.

## COUNT FOUR

28. The Plaintiffs adopt paragraphs 1-27 as if they were written herein in their entirety.

29. The Plaintiffs aver that the Defendants negligently hired, trained, supervised, and retained their sellers, builders, repairmen, service men, or other agents, supervisors or managers.

30. As a proximate result of such negligence, the Plaintiffs have been injured and damaged.

**WHEREFORE**, the Plaintiffs seek $100,000.00 each for compensation damages, emotional distress damages and mental anguish damages plus cost in this action.

_Crystal Foster_ (signature)
Crystal Foster

**STATE OF ALABAMA**
**CALHOUN COUNTY**

Before me, the undersigned Notary Public for the State of Alabama at large, personally appeared **Crystal Foster** who first being duly sworn says that the foregoing is true and correct.

Sworn to and subscribed before me this _12_ day of _SEPTEMBER_, 2016.

Notary Public
My Commission Expires: _10/17/17_

_John Foster_ (signature)
John Foster

**STATE OF ALABAMA**
**CALHOUN COUNTY**

Before me, the undersigned Notary Public for the State of Alabama at large, personally appeared **John Foster** who first being duly sworn says that the foregoing is true and correct.

Sworn to and subscribed before me this _12_ day of _September_, 2016.

Notary Public
My Commission Expires: _10/17/17_

James M. Sims
Attorney at Law
P.O. Box 1123
Anniston, Alabama 36202
(256) 240-9595
Fax: 1-844-272-0163